**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-01787-WYD-MEH

VENICE PI, LLC,

a California Limited Liability Company,

       Plaintiff,

  v.

JOHN DOES 3-11, 13-16, 18-19, 21-25,

       Defendants.

---

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOHN DOE 3, JOHN DOE 4, JOHN DOE 5, JOHN DOE 6,
JOHN DOE 7, JOHN DOE 8, JOHN DOE 9, JOHN DOE 10, JOHN DOE 11,
JOHN DOE 13, JOHN DOE 14, JOHN DOE 15, JOHN DOE 16, JOHN DOE 18,
JOHN DOE 19, JOHN DOE 21, JOHN DOE 22, JOHN DOE 23, JOHN DOE 24,
AND JOHN DOE 25, AND THE CASE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and law, there being no responsive pleadings yet filed by either Defendant John Doe 3, Defendant John Doe 4, Defendant John Doe 5, Defendant John Doe 6, Defendant John Doe 7, Defendant John Doe 8, Defendant John Doe 9, Defendant John Doe 10, Defendant John Doe 11, Defendant John Doe 13, Defendant John Doe 14, Defendant John Doe 15, Defendant John Doe 16, Defendant John Doe 18, Defendant John Doe 19, Defendant John Doe 21, Defendant John Doe 22, Defendant John Doe 23, Defendant John Doe 24, or Defendant John Doe 25, as identified in Exhibit 1 attached to the Complaint in

2

the above-captioned action, the Plaintiff hereby voluntarily dismisses Defendants John Doe 3, John Doe 4, John Doe 5, John Doe 6, John Doe 7, John Doe 8, John Doe 9, John Doe 10, John Doe 11, John Doe 13, John Doe 14, John Doe 15, John Doe 16, John Doe 18, John Doe 19, John Doe 21, John Doe 22, John Doe 23, John Doe 24, and John Doe 25, as identified in Exhibit 1 attached to the Complaint in the above-captioned action, and the above-captioned Action, without prejudice.

DATED this 1st day of December, 2017.

Respectfully submitted,

/s/ *David J. Stephenson, Jr.*
David J. Stephenson, Jr.
5310 Ward Rd., Suite G-07
Arvada, CO 80002
Telephone: (303) 726-2259
Facsimile: (303) 362-5679
E-Mail:  david.thunderlaw@gmail.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *David J. Stephenson, Jr.*